IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WONDERLAND SWITZERLAND AG | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 23-00354-JPM |
| | ) | |
| EVENFLO, INC. | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER SETTING RULE 16(b) CONFERENCE FOR PATENT CASE

1. A video scheduling conference pursuant to Fed. R. Civ. P. 16(b) will be held on **Wednesday, May 24, 2023 at 10:00 A.M. (CT) / 11:00 A.M. (ET).** Email invitations will be sent at least one day prior to the conference.

2. **The parties are directed to confer before the Patent Scheduling Conference pursuant to LPR 2.1(b) and submit a Joint Planning Report and Proposed Scheduling Order pursuant to LPR 2.1(c).** The parties should refer to the Northern District of California or the Western District of Tennessee Patent Rules. No later than 48 hours before the scheduling conference, the parties shall file a proposed scheduling order using the "Rule 16 Scheduling Order for Patent Cases" form.

4. The parties are directed to complete a Proportionality Assessment Form and return to the court at least 2 days prior to the scheduling conference. The form will be emailed to counsel.

3. The parties shall direct any requests or questions regarding the scheduling or management of this case to the Court's Case Manager at jeffrey_sample@tnwd.uscourts.gov.

April 19, 2023                                                                                   s/Jon Phipps McCalla
Date                                                                                                    United States District Judge